# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1698          **Short Title:** Planned Parenthood v. Kennedy

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from  7/21/2025
  2. Date this notice of appeal filed  7/22/2025
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☐ Yes   ☑ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes   ☑ No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☑ Yes   ☐ No
        If yes, explain  This is an appeal from an order entering a preliminary injunction, see 28 USC 1292(a)(1)

C. Has this case previously been appealed?  ☐ Yes   ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☐ Yes   ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes  ☐ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
    If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  Please see attachment_____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  Please see attachment_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s Steven H. Hazel_____

Date  7/30/2025_____

*List of Adverse Parties and Counsel*

| Adverse Party | Counsel |
|---|---|
| Planned Parenthood Federation of America Inc. | Alan E. Schoenfeld<br>Alexander Miller<br>Cassandra Mitchell<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |
|  | Albinas Prizgintas<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037 |
|  | C. Peyton Humphreyville<br>Jennifer Sandman<br>Kyla Eastling<br>Planned Parenthood Federation of America<br>123 William Street<br>New York, NY 10038 |
|  | Emily Nestler<br>Planned Parenthood Federation of America<br>1110 Vermont Avenue NW<br>Washington, DC 20005 |
|  | Sharon Hogue<br>Wilmer Hale LLP<br>60 State Street<br>Boston, MA 02109 |
| **Planned Parenthood League of Massachusetts** | Same as above |
| **Planned Parenthood Association of Utah** | Same as above |

*List of Appellants and Counsel*

| Appellant | Counsel |
|---|---|
| Robert F. Kennedy, Jr., in his official capacity as Secretary of the Department of Health and Human Services | Daniel Tenny<br>Steven H. Hazel<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| U.S. Department of Health and Human Services | Same as above |
| Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services | Same as above |
| Centers for Medicare and Medicaid Services | Same as above |