# United States Court of Appeals
## For the First Circuit

Nos. 25-1698
     25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appeal Nos. 25-1698 and 25-1755 are consolidated for purposes of briefing and oral argument. See Fed. R. App. P. 3(b)(2). The parties are directed to use the above caption on all future filings related to these cases.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Daniel Tenny, Abraham R. George, Steven H. Hazel, Emily Hall, Elisabeth Neylan, Elizabeth Themins Hedges, Bradley Humphreys, Jacob Siler, Alan Evan Schoenfeld, Emily B. Nestler, Sharon Hogue, Albinas Prizgintas, Alexander Miller, Catherine Peyton Humphreville, Cassandra Mitchell, Jennifer Sandman, Kyla Eastling, Thomas Michael Harvey, Nathan Jeremiah Moelker, Olivia F. Summers, Jordan A. Sekulow