

**U.S. Department of Justice**
Civil Division

---

VIA CM/ECF

September 2, 2025

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE:   *Planned Parenthood Federation of America, Inc. v. Kennedy* (Nos. 25-1698, 25-1755)

Dear Ms. Dubrovsky:

    The government previously indicated that it would inform this Court when the district court resolved the stay motion pending before it.  On Friday, August 29, the district court entered the attached order denying the government's request for a stay pending appeal.

Sincerely,

/s/ *Steven H. Hazel*
Steven H. Hazel
Attorney

cc:    all counsel (via CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.


/s/ *Steven H. Hazel*
STEVEN H. HAZEL