# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1698        **Short Title:** Planned Parenthood v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Louisiana                                                          as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Kelsey L. Smith                    9/3/2025
Signature                              Date

Kelsey L. Smith
Name

Louisiana Dept. of Justice             225-428-7432
Firm Name (if applicable)              Telephone Number

1885 NorthThird Street
Address                                Fax Number

Baton Rouge, LA 70802                  SmithKel@ag.louisiana.gov
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1214635

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes   Court of Appeals No. 25-1755

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).