# United States Court of Appeals
## For the First Circuit

Nos. 25-1698
      25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

### ORDER OF COURT

Entered: October 2, 2025

Appellants Centers for Medicare & Medicaid Services; Robert F. Kennedy, Jr.; Mehmet Oz; and United States Department of Health and Human Services' motion for a stay of the October 3, 2025, joint status report deadline in light of lapse of appropriations is denied. The parties shall file a joint status report by no later than **5:00 p.m. on October 3, 2025**, updating the court on statutory implementation and any specific designations or identifications made under Section 71113 as directed by this court's September 18, 2025, order.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Donald Campbell Lockhart, Eric Dean McArthur, Daniel Tenny, Abraham R. George, Steven H. Hazel, Alan Evan Schoenfeld, Emily B. Nestler, Sharon Hogue, Albinas Prizgintas, Alexander Miller, Catherine Peyton Humphreville, Cassandra Mitchell, Kyla Eastling, Thomas Michael Harvey, Nathan Jeremiah Moelker, Olivia F. Summers, Jordan A. Sekulow, John J. Bursch, James A. Campbell, Lincoln D. Wilson, Erin Morrow Hawley, Kelsey L. Smith