# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1698, 25-1755          **Short Title:** PPFA v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

National Health Law Program and National Women's Law Center _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

*Martha Jane Perkins*                    Oct. 14, 2025
Signature                              Date

Martha Jane Perkins
Name

National Health Law Program            919-968-6308
Firm Name (if applicable)              Telephone Number

1512 E. Franklin St., Ste 110          _____
Address                                Fax Number

Chapel Hill, NC 27514                  perkins@healthlaw.org
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1164696

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset