# United States Court of Appeals
## For the First Circuit

Nos. 25-1698
     25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 14, 2025

      Upon consideration of motion, it is ordered that the time for Appellants Centers for Medicare & Medicaid Services, Robert F. Kennedy, Jr., Mehmet Oz, and United States Department of Health and Human Services to file a reply brief be enlarged to and including **5:00 p.m. on November 3, 2025**. No further extension this deadline will be granted. If no reply brief is filed within this deadline, any subsequent reply brief shall not be considered. This case remains calendared for argument on Wednesday, November 12, 2025, at 2:00 p.m.

                                       By the Court:

                                       Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Eric Dean McArthur
Daniel Tenny
Abraham R. George
Steven H. Hazel
Alan Evan Schoenfeld
Emily B. Nestler
Sharon Hogue
Albinas Prizgintas
Alexander Miller
Catherine Peyton Humphreville
Cassandra Mitchell
Kyla Eastling
Thomas Michael Harvey
Nathan Jeremiah Moelker
Olivia F. Summers
Jordan A. Sekulow
John J. Bursch
James A. Campbell
Lincoln D. Wilson
Erin Morrow Hawley
Kelsey L. Smith
John Marc Wheat
Ronald D. Coleman
Mark Meuser
Jesse Franklin-Murdock
William J. Olson
Jeremiah Morgan
Martha Jane Perkins