# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>    Defendants-Appellants. | Nos. 25-1698, 25-1755 |

## MOTION FOR LEAVE TO ENTER A LATE APPEARANCE ON BEHALF OF *AMICI CURIAE* THE NATIONAL HEALTH LAW PROGRAM AND NATIONAL WOMEN'S LAW CENTER

*Amici curiae* the National Health Law Program and National Women's Law Center respectfully move for leave to file a Notice of Appearance out of time. In support of that request, they state as follows:

1. Appellees tendered their merits brief on October 13, 2025.

2. On October 14, 2025, counsel for *amici curiae* the National Health Law Program and National Women's Law Center filed a Notice of Appearance, Corporate Disclosure Statement, and *Amici Curiae* Brief in Support of Plaintiffs-Appellees and Affirmance.

1

3. That afternoon, the Court notified counsel that a motion for leave to enter a late appearance was required because Appellees' brief had been filed before counsel's Notice of Appearance.

4. Prior to receiving that communication from the Court, counsel did not appreciate that Local Rule 12 applied to her, as opposed to counsel for the parties to the case. Counsel for *amici curiae* apologizes for this oversight.

5. Granting this motion will not prejudice Appellees or Appellants, as both parties were aware of when counsel planned to file the *Amici Curiae* Brief and consented to its filing. In addition, Appellants have now been given a two-week extension to file any reply brief.

6. For the foregoing reasons, *amici curiae* request that counsel be permitted to file a late appearance on their behalf.

Dated: October 15, 2025

Respectfully submitted,

/s/ Martha Jane Perkins
Martha Jane Perkins
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin St., Suite 110
Chapel Hill, NC 27514
Tel: (919) 968-6308
perkins@healthlaw.org

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I certify that this brief complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 214 words, according to the count of Microsoft Word.

/s/ Martha Jane Perkins<br>
Martha Jane Perkins

## CERTIFICATE OF SERVICE

I certify that on this day, October 15, 2025, I electronically filed the forgoing motion with the Clerk of the Court by using the CM/ECF system.

<u>/s/ Martha Jane Perkins</u>
Martha Jane Perkins