

U.S. Department of Justice
Civil Division

VIA CM/ECF

November 24, 2025

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE:  *Planned Parenthood Federation of America, Inc. v. Kennedy* (Nos. 25-1698, 25-1755)

Dear Ms. Dubrovsky:

    We write to inform the Court of a recent development that is relevant to an inquiry posed by the Court earlier in this litigation. *See* Sep. 18 Order at 2 (directing the parties to file a joint status report). Last week, the Centers for Medicare & Medicaid Services (CMS) sent State Medicaid Directors the attached letter, which is entitled "Important Information Regarding Section 71113, 'Federal Payments to Prohibited Entities,' of Public Law 199-21." As relevant here, the letter states that "[t]o aid in states' identification of a prohibited entity," the agency "interprets the statutory term 'affiliate' to mean 'a corporation that is related to another corporation by shareholdings or other means of control; a subsidiary, parent, or sibling corporation." The letter further states that the agency interprets "control" as "the direct or indirect power to govern the management and policies of a person or entity, whether through ownership of voting securities, by contract, or otherwise; the power or authority to manage, direct, or oversee." Both definitions are taken from Black's Law Dictionary. As explained in our filings in this case, this understanding of the statute's affiliate provision applies without regard to any form of expressive activity and thus raises no First Amendment concern. *See* Opening Br. 22-31; Reply Br. 12-19.

                                      Sincerely,

                                        */s/ Steven H. Hazel*
                                        Steven H. Hazel
                                        Attorney

cc: all counsel (via CM/ECF)

# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                           /s/ *Steven H. Hazel*
                                           STEVEN H. HAZEL