# United States Court of Appeals
## For the First Circuit

Nos. 25-1698, 25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs, Appellees,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants, Appellants.

**JUDGMENT**

Entered: December 12, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's July 21 and July 28, 2025, orders granting the preliminary injunctions are vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Donald Campbell Lockhart, Eric Dean McArthur, Daniel Tenny, Abraham R. George, Steven H. Hazel, Alan Evan Schoenfeld, Emily B. Nestler, Sharon Hogue, Albinas Prizgintas, Alexander Miller, Catherine Peyton Humphreville, Cassandra Mitchell, Kyla Eastling, Thomas Michael Harvey, Nathan Jeremiah Moelker, Olivia F. Summers, Jordan A. Sekulow, John J. Bursch, James A. Campbell, Lincoln D. Wilson, Erin Morrow Hawley, Kelsey L. Smith, John Marc Wheat, Ronald D. Coleman, Mark Meuser, Jesse Franklin-Murdock, William J. Olson,

Jeremiah Morgan, Martha Jane Perkins, Shannon Eddy, Aisha Rich, Jamila Asha Johnson, Ronelle Tshiela, Stephanie Toti, Janelle Medeiros, Alma Rose Nunley, Karli Eisenberg, Erica Madeline Connolly, Gillian Hannahs, Judith N. Vale, Peter F. Neronha, Nicholas W. Brown, Francisco Maria Negron Jr., Leif Eric Overvold, Nicole A. Saharsky