# United States Court of Appeals
## For the First Circuit

Nos. 25-1698
     25-1755

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS; PLANNED PARENTHOOD ASSOCIATION OF UTAH,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, in the official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellants.

**MANDATE**

Entered: February 3, 2026

    In accordance with the judgment of December 12, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nicholas W. Brown, John J. Bursch, James A. Campbell, Ronald D. Coleman, Erica Madeline Connolly, Kyla Eastling, Shannon Eddy, Karli Eisenberg, Jesse Franklin-Murdock, Abraham R. George, Gillian Hannahs, Thomas Michael Harvey, Erin Morrow Hawley, Steven H. Hazel, Sharon Hogue, Catherine Peyton Humphreville, Jamila Asha Johnson, Donald Campbell Lockhart, Eric Dean McArthur, Janelle Medeiros, Mark Meuser, Alexander Miller, Cassandra Mitchell, Nathan Jeremiah Moelker, Jeremiah Morgan, Francisco Maria Negrón, Jr., Peter F. Neronha, Emily B. Nestler, Alma Rose Nunley, William J. Olson, Leif Eric Overvold, Martha Jane Perkins, Albinas Prizgintas, Aisha Rich, Nicole A. Saharsky, Alan Evan Schoenfeld, Jordan A. Sekulow, Kelsey L. Smith, Olivia F. Summers, Daniel Tenny, Stephanie Toti, Ronelle Tshiela, Judith N. Vale, John Marc Wheat, Lincoln D. Wilson